IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JOSE ANTONIO GONCALVES : | |
| : | CIVIL ACTION NO.: 21-04631-CDJ |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| AJC CONSTRUCTION INC., *et al.* : | |
| : | |
| Defendants. : | |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Jose Antonio Goncalves ("Plaintiff"), having reached a preliminary resolution of his claims under the Fair Labor Standards Act and the Pennsylvania Minimum Wage Act against Defendant AJC Construction Inc. and Antonio Coelho (collectively, "Defendants") (together with Plaintiff, the "Parties"), hereby moves unopposed before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

Plaintiff's arguments in support of this Unopposed Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: */s/ Michael Groh*
Michael Murphy, Esq.
Michael Groh, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210

Dated: March 29, 2022

murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I, Michael Groh, Esquire, hereby certify that on March 29, 2022, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing the following counsel:

Patricia Fecile-Moreland, Esq.
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
1617 John F. Kennedy Blvd., Suite 1010
Philadelphia, PA 19103
215-832-4227
pmoreland@moodklaw.com
Attorney for Defendant

 */s/ Michael Groh*
 Michael Groh, Esq.

Dated: March 29, 2022