IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JOSE ANTONIO GONCALVES | : |
| Plaintiff, | : CIVIL ACTION NO.: 21-04631-CDJ |
| v. | : |
| AJC CONSTRUCTION INC., *et al.* | : |
| Defendants. | : |

---

# ORDER

**AND NOW**, this ____ day of _____ 2022, after considering Plaintiff's Unopposed Motion to Approve Settlement Agreement (ECF No. ___), and finding that the settlement reached between the parties represents a fair, reasonable, and adequate resolution of Plaintiff's claims against Defendants, it is hereby **ORDERED** that:

1. Plaintiff's Unopposed Motion to Approve Settlement Agreement (ECF No. ___) is **GRANTED**;

2. The Settlement is **APPROVED**;

3. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** under Local Rule 41.1(b); and

4. The Clerk of Court is directed to **MARK THIS CASE CLOSED** for statistical purposes.

**AND IT IS SO ORDERED.**

_____
**C. DARNELL JONES II, J.**