IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE ANTONIO GONCALVES,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.: 21-cv-04631 |
| | : | |
| **AJC CONSTRUCTION INC.,** and | : | |
| **ANTONIO COELHO,** | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this __28TH__ day of July, 2022, based upon the Court's consideration of Plaintiff's Unopposed Motion for Approval of Settlement (ECF No. 10), and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that the motion is **GRANTED** and the Settlement Agreement and Release (ECF No. 10-2) is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge